E-filing

Pro Se

COMPLAINT BY A PRISONER UNDER CIVIL RIGHT ACT. 42 U.S.C 1983.

NAME __WEAVER_____ __WILLIE__ _____
         (LAST)        (FIRST)   (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

__PELICAN BAY STATE PRISON__
__FOOD SERVICE,__
__CORRECTIONAL OFFICER__
__NELSON__
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES. NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT __P.S.4__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT    -1-

APPEAL AT EACH LEVEL OF REVIEW. IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( )  NO ( X )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. __STILL BEING PROCESSED__

III. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. __WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
__PELICAN BAY STATE PRISON FOOD SERVICE CORRECTIONAL OFFICER NELSON__

COMPLAINT             - 2 -

STATE OF CLAIM

STATE HERE A BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES WHEN POSSIBLE. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 05/05/08 CORRECTIONAL OFFICER SERVED PLAINTIFF HIS BREAKFAST AND LUNCH THERE WAS NO LUNCH MEAT IN THE LUNCH BAG THIS IS HARRASSMENT, CONSPIRACY, THE DEFENDANT(S), SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO, HARRASSMENT, CONSPIRACY U.S. CONSTITUTION VIOLATION.

PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO, MENTAL ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS ___05___ DAY OF ___05___ 2008

COMPLAINT -3-

WILLIE WEAVER
J-91381 B1 SP D101
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA
95531,

CONFIDENTIAL LEGAL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**PELICAN BAY**
**P.S.U. UNIT B-2**

OFFICE OF THE
UNITED STATES
COURT NORTHER
DISTRICT OF CAL
450 GOLDEN
AVENUE
SAN FRANCISCO,